*Thursday, January 8, 1998*

## DISCIPLINARY DOCKET

**97–1651.   Columbus Bar Assn. v. Elsass.**

This cause came on for further consideration upon respondent's motion to expedite.   Upon consideration thereof,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, denied.

MOYER, C.J., not participating.